UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LORETTO O'REILLY, JR.,** | * | **CIVIL ACTION NO.: 2:21-CV-01027** |
| **HEALTHY GULF, COALITION** | * | |
| **FOR RESPONSIBLE ZONING, AND** | * | |
| **SIERRA CLUB AND ITS DELTA** | * | **SECTION "A"** |
| **CHAPTER** | * | |
| | * | |
| **VERSUS** | * | **JUDGE JAY ZAINEY** |
| | * | |
| **LIEUTENANT GENERAL SCOTT A.** | * | |
| **SPELLMON and UNITED STATES** | * | |
| **ARMY CORPS OF ENGINEERS** | * | **MAGISTRATE MICHAEL NORTH** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING THE FOREGOING,** Unopposed Motion for Leave to File Petition of Intervention filed by St. Tammany Parish Government and the Memorandum in Support thereof;

**IT IS HEREBY ORDERED** that the Unopposed Motion to Intervene filed by St. Tammany Parish Government is granted.

New Orleans, Louisiana, this __23rd__ day of __August__, 2021.

_____
United States District Judge