UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LORETTO O'REILLY, JR.,** | * | **CIVIL ACTION NO.: 2:21-CV-01027** |
| **HEALTHY GULF, COALITION** | * | |
| **FOR RESPONSIBLE ZONING, AND** | * | |
| **SIERRA CLUB AND ITS DELTA** | * | **SECTION "A"** |
| **CHAPTER** | * | |
| | * | |
| **VERSUS** | * | **JUDGE JAY ZAINEY** |
| | * | |
| **LIEUTENANT GENERAL SCOTT A.** | * | |
| **SPELLMON and UNITED STATES** | * | |
| **ARMY CORPS OF ENGINEERS** | * | **MAGISTRATE MICHAEL NORTH** |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

PETITION OF INTERVENTION
BY ST. TAMMANY PARISH GOVERNMENT

**NOW INTO COURT,** through undersigned counsel comes St. Tammany Parish Government (the "Parish"), appearing as Intervenor in this matter, who, respectfully represents that:

1.

For quite some time, the Parish has recognized the need to construct an alternative east/west roadway connection in the Covington, Louisiana area in order to relieve congestion from the surrounding roadways, including I-12. The Parish contracted with a local design firm in 2014 to conduct a feasibility study on eight possible locations and, as a result, the Parish determined to construct a four-lane roadway that would connect La. Highway 1077 with La. Highway 21 (the "Connector Road Project"), as this location impacted the least area of wetlands, required less cost for right-of-way acquisition, and would require less construction costs and minimal disruption to traffic patterns during construction.

2.

In November of 2016, the Parish applied for a permit from the U.S. Department of the Army pursuant to Section 404 of the Clean Water Act (33 U.S.C. 1413) (the "404 Parish Permit") in order to construct the Connector Road Project.

3.

The U.S. Department of the Army, United States Army Corps of Engineers (the "Corps") issued the 404 Parish Permit on November 12, 2020.

4.

In furtherance of the Connector Road Project, the Parish has expended slightly over $4 million in design, right-of-way acquisition, and other services. The Connector Road Project has now been let pursuant to Louisiana Public Bid Law (La. Rev. Stat. 38:2211, *et seq*.), and the Parish is expected to incur an additional $9 million in construction costs.

5.

On May 27, 2021, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief against the Lieutenant General Scott A. Spellman and the Corps, seeking to enjoin the 404 Parish Permit, as well as a 404 permit issued to All State Financial Company ("All State") (the "404 All State Permit"); a declaration that the Corps violated the National Environmental Policy Act and the Clean Water Act, and an award of expenses and attorney fees.

6.

The Parish avers that there is no evidential support for the allegation that the Corps violated the National Environmental Policy Act, the Clean Water Act, or any other statutory requirements in granting the 404 Parish Permit.

7.

In the event that the Court grants an injunction and requires the Corps to conduct additional analyses, the Connector Road Project would remain stalled until issuance of a final determination by the Corps. Any such injunction may require the Parish to cancel its construction bid, and would frustrate the Parish's goal of expedient completion of the project. Moreover, any such delay would be detrimental to the residents of St. Tammany Parish, as the Parish's efforts to relieve current congestion along I-12 would be stymied.

8.

The Parish requests that the Plaintiffs' Complaint for Declaratory and Injunctive Relief be dismissed, and that the Parish's Connector Road Project be allowed to proceed expeditiously.

9.

The Parish requests that the Plaintiffs be taxed with all attorneys' fees and costs associated with the filing of this Intervention..

**WHEREFORE,** the Parish respectfully prays that there be judgment in favor of the Parish and against the Plaintiffs, dismissing any and all allegations made by Plaintiffs in the Complaint for Declaratory and Injunctive Relief, assessing all attorneys' fees and court costs to the Plaintiffs, and for all other equitable relief permitted by this Honorable Court.

Respectfully submitted:

By:   /s/ Angel L. Byrum
**EMILY G. COUVILLON, TA (La. Bar No. 31114)**
**ANGEL L. BYRUM (La. Bar No. 30423)**
**Assistant District Attorneys**
**22nd Judicial District**
**Civil Division**
21454 Koop Drive, Suite 2G
Mandeville, Louisiana  70471
Phone:        (985) 898-3427
Facsimile:   (985) 867-5124
Email:         ecouvillon@22da.com
                   albyrum@22da.com

*Counsel for St. Tammany Parish Government*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  I further certify that I e-mailed and/or mailed the foregoing document and the notice of electronic filing by U.S. First-Class Mail to the non-CM/ECF participants appearing in this case, if any, on this 20th day of August, 2021.

By:   /s/ Angel L. Byrum
         **ANGEL L. BYRUM**