UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION 21-1027

| | | |
|---|---|---|
| **LORETTO O'REILLY**, *et al.*, | * | |
| | * | SECTION "A"(5) |
| Plaintiffs, | * | |
| | * | |
| v. | * | JUDGE JAY ZAINEY |
| | * | |
| **UNITED STATES ARMY CORPS OF ENGINEERS**, *et al.*, | * | MAGISTRATE MICHAEL NORTH |
| | * | |
| Federal Defendants, | * | |
| | * | |
| and | * | |
| | * | |
| **ALL STATE FINANCIAL COMPANY**, | * | |
| | * | |
| Defendant-Intervenor. | * | |

## ORDER

**CONSIDERING** the foregoing Ex Parte Motion to Substitute Counsel of Record;

**IT IS ORDERED** that the motion is GRANTED, and that Jacob D. Ecker is hereby substituted in place of Jacqueline M. Leonard as counsel of record for Federal Defendants, the United States Army Corps of Engineers and Lieutenant General Scott A. Spellmon in his official capacity as Commanding General, U.S. Army Corps of Engineers.

New Orleans, Louisiana, this 5th day of, November 2021.

JAY ZAINEY
UNITED STATES DISTRICT JUDGE