UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LORETTO O'REILLY, JR. | CIVIL ACTION |
| VERSUS | NO: 21-1027 |
| UNITED STATES ARMY CORPS OF ENGINEERS, ET AL. | SECTION: "A" (5) |

### MINUTE ENTRY (JS-10: 60)

On December 15, 2021, the Court held a status conference by telephone with the following counsel in attendance: Lisa Jordan and Devin Lowell, joined by student attorneys Ryan Anderson and Aislyne Calianos, representing Plaintiffs; Jacob Ecker and Bryan Harrison for the Corps of Engineers; Michael Riess, Liz Lambert, and Michael Levatino for All State Financial; Emily Couvillion, Angel Byrum, and Jim Bolner for St. Tammany Parish.

At the conference counsel were heard on the issue of a briefing schedule in this case. The Court invited counsel to propose how to best balance Plaintiffs' concerns of irreparable harm if the work pursuant to the permits is allowed to continue with the opposing parties' ability to meaningfully oppose the relief being sought in this case (vacatur of the permits), particularly the emergency relief requested earlier today.

The Court was amenable to the proposal made by All State Financial to consolidate the motion for a TRO with the motion for preliminary injunctive relief, with a

1

submission date of February 2, 2022.[1] Plaintiffs' motion for summary judgment would also be submitted on February 2, 2022. Cross motions for relief would be filed on or before January 18, 2022, with a noticed submission date of February 2, 2022. Oppositions would be due in accordance with the Local Rules. The Corps and St. Tammany Parish agreed to the proposal. Plaintiffs' counsel will confer with their clients on the proposal.

The Court gave the parties a deadline of 12:00 noon on Friday, December 17, 2021, to either file a consent motion to set the briefing schedule described above or to file any opposition to the proposal.

Accordingly;

**IT IS ORDERED** that the **Motion to Set Status Conference (Rec. Doc. 39), Motion to Expedite (Rec. Doc. 45),** and **Motion for Leave to File Opposition to TRO (Rec. Doc. 50)** are **GRANTED** in light of the telephone conference call conducted today by the Court.

* * * * * * * 

---

[1] Neither motion was filed with a notice of submission but the Court instructed the Clerk to accept the motions rather than mark them deficient and cause further delay.