UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LORETTO O'REILLY, JR., ET AL.                    CIVIL ACTION

VERSUS                                           NO: 21-1027

UNITED STATES ARMY CORPS OF                      SECTION: "A" (5)
ENGINEERS, ET AL.

## ORDER

The Court having determined that it cannot meaningfully evaluate the parties' respective positions, which are based on the stipulated administrative record, without a hardcopy of that record,

Accordingly;

**IT IS ORDERED** that the Corps of Engineers shall deliver to chambers during the first week in January 2022 a hard copy of the administrative record. The hard copy of the administrative record must include the Bates page numbering referenced in the memoranda. The hard copy of the administrative record must be provided in a binder(s), and if multiple binder volumes are provided. they must be sequentially numbered.

December 29, 2021

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE